X FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 7 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-03-00956-01-PCT-PGR |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| Jarvis Tsosie, | ) **ORDER** |
| Defendant. | ) |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on December 3, 2009.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

| | |
|---|---|
| 1 | **IT IS ORDERED** that the Defendant shall be detained pending further order of the |
| 2 | court. |
| 3 | DATED this 7th day of December, 2009. |

Lawrence O. Anderson
United States Magistrate Judge